IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS JERNIGAN,

    Plaintiff,

v.                                          CASE NO. 5:11cv113-RH/GRJ

C. ATKINS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL – GREEN

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The claims against the defendant C. Green are dismissed. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b). The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 4, 2011.

                                              s/Robert L. Hinkle
                                              United States District Judge