IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS JERNIGAN,

    Plaintiff,

vs.                                                                          Case No: 5:11-cv-113-RH-GRJ

C ATKINS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Doc. 50, Defendant C. Atkins' motion for summary judgment. On June 12, 2012, the Court issued a Summary Judgment Notice to Plaintiff advising him of the consequences of failing to respond to the summary judgment motion. Specifically, the Court advised Plaintiff that: (1) failing to respond to the summary judgment motion will indicate that the motion is not opposed; (2) all material facts asserted in the motion will be considered admitted unless controverted by proper evidentiary materials (counter-affidavits, depositions, exhibits, etc.); and (3) Plaintiff may not rely solely on the allegations of the issue pleadings (*e.g.*, complaint, answer, etc.) in opposing the summary judgment motion. *See Griffith v. Wainwright*, 772 F.2d 822,825 (11th Cir. 1985). Plaintiff was ordered to respond to the summary judgment motion on or before July 12, 2012. Doc. 51.

Plaintiff failed to oppose the summary judgment motion, and the Court therefore ordered him to show cause on or before December 11, 2012, as to why the motion should not be granted. Plaintiff was advised that failure to respond to the Court's order

would result in a recommendation that the case be dismissed.  As of the date of this Report, Plaintiff has failed to respond to the show cause order.  Doc. 59.

In view of Plaintiff's inaction in the face of the Court's orders, the Court concludes that Defendant C. Atkins' summary judgment motion is unopposed and should be granted.  The U.S. Marshal has been unable to effect service of process upon the only remaining Defendant, L. Olson.  In view of Plaintiff's failure to respond to the Court's orders, the case should also be dismissed as to L. Olson for failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED** that the motion for summary judgment, Doc. 50, be **GRANTED,** that judgment be entered in Defendant C. Atkins' favor and the claims against C. Atkins dismissed, and that Plaintiff's claims against L. Olson be dismissed for failure to prosecute.

**IN CHAMBERS** this 14th day of December 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge