# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LEWIS JERNIGAN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 5:11-CV-113-MW-GRJ**

**C. ATKINS, et al.**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 60, filed December 14, 2012. Upon consideration

IT IS ORDERED:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk must enter judgment stating, "the Motion For Summary Judgment, ECF No. 50, is GRANTED, judgment is entered in Defendant C. Atkins's favor and the claims against Defendant C. Atkins are dismissed; and Plaintiff's claims against Defendant L. Olsen are dismissed for failure to

prosecute." The Clerk must close the file.

SO ORDERED on January 15, 2013.

                                                                       s/Mark E. Walker
                                                                       United States District Judge